In the Matter of LEROY MOORE, SR., Appellant, against EARL H. GALLUP, as County Judge of the County of Albany et al., Respondents.

Argued October 17, 1944; decided November 22, 1944.

*LaVerne Orvis* for appellant.

*Dermot C. Reilly, Desmond F. Reilly* and *Brendan C. Reilly* for Forbes Rifle and Pistol Club, Inc., Columbia Rifle Club, Inc., and Karner Range Association, Inc., *amici curiae,* in support of appellant's position.

*Walter L. Collins, County Attorney (Frank Pedlow* of counsel), for Earl H. Gallup, as County Judge of Albany County, respondent.

*James J. McGuiness, Corporation Counsel (Harry A. Allan* of counsel), for William J. Fitzpatrick, as Chief of Police of the City of Albany, respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.